# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-0217-S |
| | § | |
| OSCAR MARIO FLORES DAZA (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 1089] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Oscar Daza's term of supervised release. *See* Order, ECF No. 1100. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 1108. The Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be sentenced to a further term of imprisonment of **3 months** with no further term of supervision to follow.

**SO ORDERED.**

SIGNED October 28, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**